Robert J. Miller, Esq. (#013334)
Bryce A. Suzuki, Esq. (#022721)
Justin A. Sabin, Esq. (#026359)
**BRYAN CAVE LLP**
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
Internet: rjmiller@bryancave.com
          bryce.suzuki@bryancave.com
          justin.sabin@bryancave.com

Counsel for Chapter 11 Trustee

Michael W. Carmel (#007356)
MICHAEL W. CARMEL LTD.
80 E. Columbus Ave.
Phoenix, Arizona 85012
Telephone: (602) 264-4965
Fax: (602) 277-0144
michael@mcarmellaw.com

Special Counsel for Chapter 11 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>FRONTIER STAR, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos.<br>2:15-bk-09383-EPB<br>2:15-bk-09385-EPB<br>2:15-bk-14679-EPB<br>2:15-bk-15682-EPB<br><br>Jointly Administered Under<br>Case No. 2:15-bk-09383-EPB |
| This filing applies to:<br><br>☒ ALL DEBTORS<br>☐ SPECIFIED DEBTOR | **MOTION FOR AUTHORITY TO ASSUME AND ASSIGN UNEXPIRED LEASES AND EXECUTORY CONTRACTS OF THE DEBTORS** |

Pursuant to 11 U.S.C. §§ 105 and 365, P. Gregg Curry, the Chapter 11 Trustee (the "Trustee") of the bankruptcy estates of Frontier Star, LLC; Frontier Star CJ, LLC; Frontier Star 1, LLC; and MIH Admin Services, LLC, debtors in the above-captioned Chapter 11 cases (collectively, the "Debtors"), by and through counsel, files this motion (the "Assignment Motion") requesting the entry of an order approving the assumption and assignment of various executory contracts and unexpired leases of the Debtors to the

6552454.6/0392946

buyer of substantially all of the Debtors' assets, as will be described in the *Motion for Approval of Sale of Substantially All of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests* (the "Sale Motion") (which the Trustee anticipates will be filed shortly), fixing the amounts necessary to cure defaults under those contracts and leases, approving the extension of time to assume or reject certain leases, as agreed by the applicable landlords, and granting related relief.[1]

This Motion is supported by: (a) the attached Memorandum of Points and Authorities; and (b) the entire record before the Court in these Chapter 11 cases.

RESPECTFULLY SUBMITTED this 22nd day of February, 2016.

**BRYAN CAVE LLP**


By   /s/ JAS, #026359
    Robert J. Miller
    Bryce A. Suzuki
    Justin A. Sabin
    Two North Central Avenue, Suite 2200
    Phoenix, Arizona  85004

    Attorneys for P. Gregg Curry, Chapter 11 Trustee


    -and-


**MICHAEL W. CARMEL LTD.**
Michael W. Carmel
80 E. Columbus Ave.
Phoenix, Arizona 85012

Special Counsel to Chapter 11 Trustee

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

---

[1]    To the extent any party's response to this Assignment Motion creates a potential conflict of interest for Bryan Cave LLP, the Trustee's special counsel, Michael W. Carmel Ltd., will represent the Trustee with respect to such responding party.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    BACKGROUND.**

1.    On July 27, 2015 (the "Petition Date"), Debtors Frontier Star, LLC and Frontier Star CJ, LLC filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), Case Nos. 2:15-bk-09383-EPB and 2:15-bk-09385-EPB, respectively.

2.    On November 17, 2015, Debtors Frontier Star 1, LLC and MIH Admin Services, LLC filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.  The cases are jointly administered under lead case No. 2:15-bk-09383-EPB [Dkt. No. 50].

3.    On November 19, 2015, the Trustee was appointed in each of the Debtors' cases [Dkt. No. 428].

4.    The Debtors operate Hardee's franchised restaurants and Carl's Jr. franchised restaurants in numerous states (collectively, the "Franchised Restaurants"). Specifically, Debtor Frontier Star 1 owns the equity of Debtors Frontier Star, LLC and Frontier Star CJ, LLC.  The latter two Debtors are the franchisees of 79 Hardee's restaurants and 85 Carl's Jr. restaurants.  Debtor MIH performs services for the Debtors under a management agreement and in compliance with the relevant franchise agreements.

5.    Carl's Jr. Restaurants LLC and Hardee's Restaurants LLC (the "Franchisors") are the franchisors of the Franchised Restaurants.

6.    The Trustee, with the assistance of the Franchisors and the Debtors' secured lender, has identified potential purchasers for the Debtors' assets.

7.    Along with the Sale Motion, the Trustee will be filing a *Motion for Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Scheduling an Auction and Sale Hearing; and (C) Approving Expense Reimbursement* (the "Bidding Procedures Motion") to establish procedures for the sale of substantially all of the Debtors' assets (the "Assets") to a purchaser to be determined in

accordance therewith (the "Buyer") pursuant to a Purchase and Sale Agreement (the "Sale Agreement" or "APA"). The Assets, the Trustee's proposed sale procedures, including procedures for an auction of the Assets to the highest and best bidder (the "Auction"), and the terms of the Sale Agreement will be more fully set forth in the Bidding Procedures Motion.

## II.     JURISDICTION AND VENUE.

8.     This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

9.     Venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

10.     The statutory predicates for the relief sought herein are Sections 105 and 365 of the Bankruptcy Code, and Rules 6004, 6006, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## III.    THE DEBTORS' EXECUTORY CONTRACTS AND UNEXPIRED LEASES.

11.     The Debtors operate the Franchised Restaurants from leased premises (the "Restaurant Leases"). Since he was appointed in these cases, the Trustee has worked to investigate each of the Restaurant Leases to determine the rent obligations and the profitability of each Franchised Restaurant under the terms of the Restaurant Lease. In some cases, the Trustee has successfully negotiated, with the input and consent of the applicable landlord, modified terms of certain Restaurant Leases, including, *inter alia*, reduced rent obligations (the "Modified Restaurant Leases").

12.     The Debtors are parties to franchise agreements with the Franchisors (the "Franchise Agreements") for each of the Franchised Restaurants. In addition, the Debtors are parties to certain other executory contracts, including leases of equipment for the restaurants and agreements for the purchase of inventory (the "Contracts").

13.     Under the terms of the Sale Agreement, and in order to enhance the value to the Debtors' estates, the Trustee requests approval of the assumption and assignment

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

of certain of the foregoing leases and contracts to the Buyer or other Successful Bidder[2] upon the closing of the Sale.

14.    In particular, the Trustee and the Buyer have determined and agreed that the assumption and assignment of the Modified Restaurant Leases is in the best interests of the Debtors' estates, the Buyer, and creditors.  Information regarding the Modified Restaurant Leases and associated cure amounts is attached hereto as <u>Exhibit A</u>. Because the terms of the Modified Restaurant Leases are confidential, the Trustee has requested authority to file this exhibit under seal.[3]

15.    The Trustee and the Buyer also have agreed that the assumption and assignment of one Restaurant Lease, without modification, is in the best interests of the Debtors' estates, the Buyer, and creditors.   Information regarding this lease (the "<u>Unmodified Restaurant Lease</u>") and the associated cure amount is attached hereto as <u>Exhibit B</u>.[4]

16.    In addition, as to certain Restaurant Leases, the Trustee continues to negotiate the terms of potential modifications to those Restaurant Leases (the "<u>Extended Deadline Leases</u>").  In order to allow the parties more time to negotiate, some landlords have consented in writing to extend the time to assume or reject their Restaurant Lease beyond the 210 days provided under 11 U.S.C. § 365(d)(4).[5]  A list of the Extended

---

[2]    Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Sale Motion.

[3]    *See* Trustee's *Ex Parte Motion to File Under Seal Exhibit A to Motion for Authority to Assume and Assign Unexpired Leases and Executory Contracts of the Debtors*, filed separately.

[4]    The Trustee believes that the summary information in Exhibits A and B is sufficient to permit counterparties to identify the agreements at issue and to respond appropriately.  The Trustee will be prepared to introduce copies of the Modified Restaurant Leases and the Unmodified Restaurant Leases into the record, if necessary, at the hearing on this Motion.

[5]    The Trustee has received written consent from all but a few of these landlords. Because of time constraints, the Trustee has only an agreement in principle with a few

Case 2:15-bk-09383-EPB    Doc 733   Filed 02/22/16   Entered 02/22/16 21:03:01   Desc
Main Document      Page 5 of 17

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

1  Deadline Leases, including the applicable landlords and mutually agreed extended time to

2  assume or reject the Leases, is attached hereto as Exhibit C.

3      17.    Pursuant to the terms of the Sale Agreement, the Extended Deadline Leases

4  will be "Subject-to-Designation Leases" as defined in the Sale Motion, and the Trustee

5  will be requesting in the Sale Motion that the Buyer be permitted to exercise its

6  Designation Rights to assume or reject the Extended Deadline Leases until May 21, 2016

7  or the extension date agreed to by the landlord.

8      18.    The Trustee anticipates that he will request by a separate motion, or by an

9  amendment to this Motion, authority to assume and assign to the Buyer or other

10  Successful Bidder certain Franchise Agreements and other Contracts necessary for the

11  operations of the Debtors' businesses.

12      19.    Pursuant to the Sale Agreement, the Trustee will be responsible for

13  payment of all cure amounts required to be paid to the counterparties of the Modified

14  Restaurant Leases and the Unmodified Restaurant Lease (the "Counterparties") under

15  Section 365(b)(1) of the Bankruptcy Code.

16      20.    The Trustee requests that the Sale Order provide that the Modified

17  Restaurant Leases and the Unmodified Restaurant Lease (collectively, the "Assigned

18  Contracts") will be assigned to, and remain in full force and effect for the benefit of, the

19  Buyer or other Successful Bidder, notwithstanding any provisions in the Assigned

20  Contracts, including those described in Sections 365(b)(2), 365(f)(1), and 365(f)(3) of the

21  Bankruptcy Code, that might prohibit such assignment.[6]

22

23

---

24  landlords.    The Trustee anticipates having executed extension agreements from these
    landlords in hand well before the hearing on this Motion.

25

26  [6]    The Trustee and the Buyer may continue to negotiate the assumption and
    assignment of the Restaurant Leases and Contracts until the time of the hearing
27  approving the Sale Motion. The Trustee reserves the right to amend this Assignment
    Motion to include in the Sale any Restaurant Lease or Contract described herein until the
28  Sale Motion is approved.

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

**IV.    LEGAL ARGUMENT.**

21.    Section 365(f) of the Bankruptcy Code provides, in pertinent part, that:

> The trustee may assign an executory contract or unexpired lease of the debtor only if –
>
> (A)    the trustee assumes such contract or lease in accordance with the provisions of this section; and
>
> (B)    adequate assurance of future performance by the assignee of such contract or lease is provided, whether or not there has been a default in such contract or lease.

11 U.S.C. § 365(f)(2).  Under Section 365(a), a trustee, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor."  11 U.S.C. § 365(a).  Section 365(b)(1), in turn, codifies the requirements for assuming an unexpired lease or executory contract of a debtor, providing that:

> (b)(1)  If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee –
>
> (A)    cures, or provides adequate assurance that the trustee will promptly cure, such default;
>
> (B)    compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such contract or lease, for any actual pecuniary loss to such party resulting from such default; and
>
> (C)    provides adequate assurance of future performance under such contract or lease.

11 U.S.C. § 365(b)(1).

22.    Although Section 365 of the Bankruptcy Code does not set forth standards for courts to apply in determining whether to approve a trustee's decision to assume an executory contract, courts have consistently applied a "business judgment" test when reviewing such a decision.  *See, e.g.*, *Group of Institutional Investors v. Chicago,*

*Milwaukee, St. Paul & Pacific Railroad Co.*, 318 U.S. 523, 550 (1953); *Matter of Talco, Inc.*, 558 F.2d 1369, 1173 (10th Cir. 1977). A trustee satisfies the "business judgment" test when he determines, in good faith, that assumption of an executory contract will benefit the estate and the unsecured creditors. *In re FCX, Inc.*, 60 B.R. 405, 411 (Bankr. E.D.N.Y. 1986). The potential assumption and assignment of the Assigned Contracts, or any of them, set forth in the Sale Agreement, will be a necessary part of the deal that Trustee has struck with the Buyer or other Successful Bidder and will benefit the estates of the Debtors.

23.     As will be set forth in the Bidding Procedures Motion, with respect to the Assigned Contracts, the Trustee will send to the Counterparties a notice of assumption and assignment (the "Assumption Notice") setting forth the "cure" amounts owing on each of the Assigned Contracts, according to the Debtors' books and records or other information available to the Trustee (or as agreed to following negotiations) and, in accordance with the Bidding Procedures, which shall be the amounts required to be paid to the Counterparties pursuant to Section 365(b)(1) of the Bankruptcy Code ("Cure Amounts").

24.     The Cure Amounts are the amounts due to each Counterparty according to the Debtors' and the Trustee's books and records, representing outstanding obligations under the applicable Assigned Contract. Since taking control of the Debtors' estates, the Trustee has made it a priority to pay all undisputed post-petition operating expenses, including lease obligations, in the ordinary course of business. Thus, the Trustee requests that Counterparties not be required to file objections to preserve their rights to payment of obligations accruing from and after January 1, 2016.

25.     The Bidding Procedures Motion proposes that objections to any matter pertaining to the assumption and assignment of an Assigned Contract, including adequate assurance of future performance by the Buyer or the Cure Amount identified by the Trustee, be filed by a deadline to be set by the Court. The Trustee has proposed that

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

objections to adequate assurance of future performance of a Successful Bidder other than the Buyer may be raised at the hearing on the Sale Motion.

26. Counterparties to the Assigned Contracts will have a sufficient opportunity to file an objection to the proposed Cure Amounts set forth in the Assumption Notice. To the extent no objection is filed with regard to a particular Cure Amount, the Trustee requests that the Court determine that such Cure Amount shall be binding on the applicable Counterparty. The payment of the Cure Amounts specified in the Assumption Notices (or a different amount either agreed to by the Buyer or the Successful Bidder, or resolved by the Court as a result of a timely-filed objection filed by a Counterparty) will be in full and final satisfaction of all obligations to cure defaults and compensate the Counterparties for any pecuniary losses under such contracts or leases pursuant to Section 365(b)(1) of the Bankruptcy Code, other than obligations arising in the ordinary course of business under the Assigned Contracts from and after January 1, 2016.

27. Cure Amounts disputed by any Counterparty will be considered by the Court either at the hearing on the Sale Motion or at some later date as may be scheduled by the Court to determine contested objections regarding Cure Amounts. The Trustee will bear and pay the entire amount of Cure Amounts, pursuant to the terms of the Sale Agreement.

28. The Buyer or other Successful Bidder is responsible for providing evidence of "adequate assurance of future performance" to the extent required in connection with the assumption and assignment of any Assigned Contract. Information regarding the Buyer's ability to satisfy obligations under the Assigned Contracts will be included with the Assumption Notice. The meaning of "adequate assurance of future performance" for the purpose of the assumption of executory contracts and unexpired leases pursuant to Section 365 of the Bankruptcy Code depends on the facts and circumstances of each case, but should be given "practical, pragmatic construction." *See Carlisle Homes, Inc. v. Arrari (In re Carlisle Homes, Inc.)*, 103 B.R. 524, 538 (Bankr. D.N.J. 1989); *see also In re Natco Indus., Inc.*, 54 B.R. 436, 440 (Bankr. S.D.N.Y. 1985) (adequate assurance of

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

Case 2:15-bk-09383-EPB    Doc 733    Filed 02/22/16    Entered 02/22/16 21:03:01    Desc
Main Document    Page 9 of 17

future performance does not mean an absolute assurance that debtor will thrive and pay rent); *In re Bon Ton Rest. & Pastry Shop, Inc.*, 53 B.R. 789, 803 (Bankr. N.D. Ill. 1985). If necessary, the Buyer or the other Successful Bidder will provide evidence of its ability to provide adequate assurance to Counterparties to the Assigned Contracts at the hearing on the Sale Motion.

29.     Bankruptcy Rule 6004(h) provides that an "order authorizing the use, sale, or lease of property . . . is stayed until the expiration of 14 days after entry of the order, unless the court orders otherwise." Similarly, Bankruptcy Rule 6006(d) provides that an "order authorizing the trustee to assign an executory contract or unexpired lease . . . is stayed until the expiration of 14 days after the entry of the order, unless the court orders otherwise." The Trustee requests that the order granting this Assignment Motion be effective immediately and that the fourteen (14)-day stays under Federal Rules of Bankruptcy Procedure 6004(h) and 6006(d) be waived.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order:

(i)     authorizing the assumption and assignment of the Assigned Contracts, as described above, and establishing the associated Cure Amounts;

(ii)     approving the extensions of time set forth on Exhibit C hereto;

(iii)     waiving the fourteen (14)-day stays of Bankruptcy Rules 6004(h) and 6006(d); and

(iv)     granting such other and further relief as the Court deems just and proper under the circumstances of these cases.

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

RESPECTFULLY SUBMITTED this 22nd day of February, 2016.

**BRYAN CAVE LLP**


By  /s/ JAS, #026359
    Robert J. Miller
    Bryce A. Suzuki
    Justin A. Sabin
    Two North Central Avenue, Suite 2200
    Phoenix, Arizona  85004

Attorneys for P. Gregg Curry, Chapter 11 Trustee

-and-

**MICHAEL W. CARMEL LTD**.
Michael W. Carmel
80 E. Columbus Ave.
Phoenix, Arizona 85012

Special Counsel to Chapter 11 Trustee

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

## <u>Exhibit A</u>

Modified Restaurant Leases to be Assumed and Assigned to Buyer

(Filed Under Seal)

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

## **Exhibit B**

Unmodified Restaurant Lease to be Assumed and Assigned to Buyer

| Landlord | Property Address | Cure Amount |
|---|---|---|
| Midlothian Hardee's, LLC | 2060 US 45 Bypass South Trenton, TN 38382 | $3,346.00 |

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

## **Exhibit C**

Extended Deadline Leases

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

| | Landlord | Property Address | City | State | Zip Code | Date of Extension |
|---|---|---|---|---|---|---|
| 1 | 4M Properties, LP | 18700 S. Nogales Hwy | Sahuarita | AZ | 85629 | May 21, 2016 |
| 2 | Adams Ventures, LLC | 280 W. North Ave West | Chicago | IL | 60185 | May 21, 2016 |
| 3 | Anna Meyer, Successor-Trustee of the Bernadette Renee Hamel Trust | 2002 N. Country Club | Mesa | AZ | 85201 | May 21, 2016 |
| 4 | Antoinette M. Blackstock | 2590 N. Central Ave | Humboldt | TN | 38343 | May 21, 2016 |
| 5 | Aras Capital Co. | 905 North Springfield St. | Virden | IL | 62690 | May 21, 2016 |
| 6 | Bonnes Frities, LLC | 1005 Mineral Wells Ave | Paris | TN | 38242 | May 21, 2016 |
| 7 | Buechs Partnership | 4515 E. McKellips Road | Mesa | AZ | 85205 | May 21, 2016 |
| 8 | CAJR, LLC | 8825 S. Jewel Street | Tempe | AZ | 85284 | May 21, 2016 |
| 9 | Carendclle, LLC | 7280 W. Bell Road | Glendale | AZ | 85308 | May 21, 2016 |
| 10 | Carlees Holdings, LLC | 416 S. Watson Rd. | Buckeye | AZ | 85326 | May 21, 2016 |
| 11 | Carlees Holdings, LLC | 7249 Bandera Rd. | Leon Valley | TX | 78238 | May 21, 2016 |
| 12 | Catherine T. Faraone, Trustee of the Catherine T. Faraone Separate Property Trust; Anthony Perricone, Trustee of the Anthony Perricone Separate Property Trust and Linda Renfroe, Trustee of the Linda Renfroe Family Trust | 16020 Illinois 59 | Plainfield | IL | 60586 | May 21, 2016 |
| 13 | CFT C Properties, LLC | 5105 W. Thunderbird | Glendale | AZ | 85306 | May 21, 2016 |
| 14 | Cheeseburger, LLC | 1400 S. Milton Ave | Flagstaff | AZ | 86001 | May 21, 2016 |
| 15 | Cheeseburger, LLC | 1352 S. Gilbert | Mesa | AZ | 85202 | May 21, 2016 |
| 16 | Cheeseburger, LLC | 3180 N. Toltec Rd. | Eloy | AZ | 85231 | May 21, 2016 |
| 17 | Cheeseburger, LLC | 1519 W. Baseline | Guadalupe | AZ | 85283 | May 21, 2016 |
| 18 | Chen Ying Lee | 5104 Hinkleville Rd. | Paducah | KY | 42001 | May 21, 2016 |
| 19 | Christown 1755, LLC | 1753 W Bethany Home Rd | Phoenix | AZ | 85015 | April 6, 2016 |
| 20 | CSC Holdings, LLC | 1703 S. Neil St. | Champaign | IL | 61820 | May 21, 2016 |
| 21 | DERito/Kimco Riverview, L.L.C. | 1015 N. Dobson Rd. | Mesa | AZ | 85201 | March 23, 2016 |
| 22 | DMS 2, LLC | 4614 S. Damen Ave | Chicago | IL | 60609 | May 21, 2016 |
| 23 | Dr. P.M. Corp. | 331 North Main Street | Chatham | IL | 62629 | May 21, 2016 |
| 24 | ECBC Investments, LLC | 1508 Bridge St | Yorkville | IL | 60560 | May 21, 2016 |
| 25 | ECBC Investments, LLC | 201 School Street | Hillsboro | IL | 62049 | May 21, 2016 |
| 26 | Eital Properties, LLC | 7610 W. Thomas Rd. | Phoenix | AZ | 85033 | April 6, 2016 |
| 27 | Gilbert-Chandler Heights I, L.L.C. | 5378 S. Power Rd. | Gilbert | AZ | 85016 | March 31, 2016 |
| 28 | Glendora Medical Investment Company, L.L.C. | 31414 N. Cave Creek Rd. | Phoenix | AZ | 85331 | May 21, 2016 |
| 29 | Glenn J. Pratt and Judith K. Pratt | 2501 Stevenson Drive | Springfield | IL | 62703 | May 21, 2016 |
| 30 | Golden River, LLC | 3930 Eastex Freeway | Beaumont | TX | 77703 | May 21, 2016 |
| 31 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 711 Highway 71 West | Bastrop | TX | 78602-4036 | March 25, 2016 |
| 32 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 2219 S. IH 35 | San Marcos | TX | 78666-5918 | March 25, 2016 |
| 33 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 12802 N. Interstate 35 | Live Oak | TX | 78233-2611 | March 25, 2016 |
| 34 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 609 W. Slaughter Lane | Austin | TX | 78748-1668 | March 25, 2016 |
| 35 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 615 W. Congress | Tucson | AZ | 85745 | March 25, 2016 |
| 36 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 2639 N.E. Loop 410 | San Antonio | TX | 78217-5608 | March 25, 2016 |
| 37 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 1395 S. I-35 New | Braunfels | TX | 78130-5920 | March 25, 2016 |
| 38 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 1202 N. 51st Ave. | Phoenix | AZ | 85043 | March 25, 2016 |
| 39 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 6388 FM 78 (Sequin Road) | San Antonio | TX | 78244-1300 | March 25, 2016 |
| 40 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 2342 E. Thomas Rd. | Phoenix | AZ | 85016 | March 25, 2016 |
| 41 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 2115 William St Cape | Girardau | MO | 63703 | March 25, 2016 |
| 42 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 629 W. Main St | Benton | IL | 62812 | March 25, 2016 |
| 43 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 505 N. 12th Street | Murray | KY | 42071 | March 25, 2016 |
| 44 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 307 S. Grant | St.Clinton | IL | 61727 | March 25, 2016 |
| 45 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 601 Ferry St. | Metropolis | IL | 62960 | March 25, 2016 |
| 46 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 217 W. Holmes | Chester | IL | 62233 | March 25, 2016 |
| 47 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 1308 S. Division St. | Carterville | IL | 62918 | March 25, 2016 |
| 48 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 1117 Lakeland Blvd. | Mattoon | IL | 61938 | March 25, 2016 |
| 49 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 316 North Main Street | Paris | IL | 61944 | March 25, 2016 |
| 50 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 1106 N. Carbon Street | Marion | IL | 62959 | March 25, 2016 |
| 51 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 615 S. Park Ave. | Herrin | IL | 62948 | March 25, 2016 |
| 52 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 1303 East Broadway | Campbellsville | KY | 42718 | March 25, 2016 |
| 53 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 1136 E. 1st Street | Kennett | MO | 63857 | March 25, 2016 |
| 54 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 1706 N. Dixie Hwy. | Elizabethtown | KY | 42701 | March 25, 2016 |
| 55 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 326 S. Century Blvd. | Rantoul | IL | 61866 | March 25, 2016 |
| 56 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 770 E. Center Street | Madisonville | KY | 42431 | March 25, 2016 |
| 57 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 750 W. Broadway | Centralia | IL | 62801 | March 25, 2016 |
| 58 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 340 Walnut Street | Murphysboro | IL | 62966 | March 25, 2016 |
| 59 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 301 W. Court Ave | Jeffersonville | IN | 47130 | March 25, 2016 |
| 60 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 2909 Fern Valley Road | Louisville | KY | 40213 | March 25, 2016 |
| 61 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 1080 West Eldorado | Decatur | IL | 62522 | March 25, 2016 |
| 62 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 1105 Main Street | West Frankfort | IL | 62896 | March 25, 2016 |
| 63 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 15 W. Fairchild | Danville | IL | 61832 | March 25, 2016 |
| 64 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 1200 W. Reelfoot Ave | Union City | TN | 38261 | March 25, 2016 |
| 65 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 700 East Poplar | Harrisburg | IL | 62946 | March 25, 2016 |
| 66 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 421 E. Jackson Blvd. | Jackson | MO | 63755 | March 25, 2016 |
| 67 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 1033 Paris Road | Mayfield | KY | 42066 | March 25, 2016 |
| 68 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 3459 Taylor Blvd. | Louisville | KY | 40215 | March 25, 2016 |
| 69 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 203 W. Jackson | Sullivan | IL | 61951 | March 25, 2016 |
| 70 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 322 S. Washington St. | DuQuoin | IL | 62832 | March 25, 2016 |
| 71 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 61 US Highway 68 West | Benton | KY | 42025 | March 25, 2016 |
| 72 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 539 Woodlawn Rd. | Lincoln | IL | 62656 | March 25, 2016 |
| 73 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 2904 Lone Oak Rd. | Paducah | KY | 42003 | March 25, 2016 |
| 74 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 11 North Kingshighway | Perryville | MO | 63775 | March 25, 2016 |
| 75 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 501 E. Highway 72 | Fredricktown | MO | 63645 | March 25, 2016 |
| 76 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 9506 Taylorsville Rd. | Louisville | KY | 40299 | March 25, 2016 |
| 77 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 1205 US Highway 45 N | Eldorado | IL | 62930 | March 25, 2016 |
| 78 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 309 N. Market Street | Monticello | IL | 61856 | March 25, 2016 |
| 79 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 140 E. Vienna Street | Anna | IL | 62906 | March 25, 2016 |
| 80 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 10095 US HWY 67 | Beardstown | IL | 62618 | March 25, 2016 |
| 81 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 451 W. Ottawa Road | Paxton | IL | 60957 | March 25, 2016 |
| 82 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 2002 S.W. Military Drive | San Antonio | TX | 78213-2148 | March 25, 2016 |
| 83 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 789 W. Beal St. | Kingman | AZ | 86401 | March 25, 2016 |
| 84 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 555 Miller Valley Rd. | Prescott | AZ | 86301 | March 25, 2016 |
| 85 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 5297 S. Cooper Street | Arlington | TX | 76017-5937 | March 25, 2016 |
| 86 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | I-35 and Kyle Parkway | Austin | TX | 78640 | March 25, 2016 |
| 87 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 550 W. I30 | Garland | TX | 75043-5700 | March 25, 2016 |
| 88 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 1707 S. Loop 288 | Denton | TX | 76205-4833 | March 25, 2016 |
| 89 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 13980 Nacagdoches Road | San Antonio | TX | 78217-1282 | March 25, 2016 |
| 90 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 634 Knox Blvd. | Radcliff | KY | 40160 | March 25, 2016 |
| 91 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 10535 N. Oracle Rd. | Oro Valley | AZ | 85737 | March 25, 2016 |
| 92 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 2104 N. Galloway Avenue | Mesquite | TX | 75150-5750 | March 25, 2016 |
| 93 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 1000 Hebron Parkway | Carrollton | TX | 75010-1000 | March 25, 2016 |
| 94 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 12601 Lake June Road | Balch Springs | TX | 75180 | March 25, 2016 |
| 95 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 1301 S. 1st Street | Lufkin | TX | 75901-4717 | March 25, 2016 |
| 96 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 15144 N. Northsight Blvd. | Scottsdale | AZ | 85260 | March 25, 2016 |
| 97 | Hardee's Restaurants LLC (HR LLC) and Carl's Jr. Restaurants LLC (CRJ LLC) | 2930 S. Buckner Blvd | Dallas | TX | 75227-6907 | March 25, 2016 |
| 98 | HDI Chicago Restaurant LLC | 200 N. Bolingbrook | Bolingbrook | IL | 60440 | May 21, 2016 |
| 99 | HRDS Round Lake IL, LLC | 380 W Rollins Rd | Round Lake Beach | IL | 60073 | May 21, 2016 |
| 100 | HVTC, L.L.C. | 2104 W. Happy Valley #47 | Phoenix | AZ | 85085 | March 31, 2016 |
| 101 | Ika Bootsma and Squeaker D. Bootsma, Co-Trustees of the Bootsma Living Trust | 1835 Sangamon Ave. | Springfield | IL | 62702 | May 21, 2016 |
| 102 | James H. Evans as Trustee of the J.H. Evans Trust | 1105 S. Main St | Sikeston | MO | 63801 | May 21, 2016 |
| 103 | JFC Properties LLC and KIC Properties LLC | 4900 Highway 73 | Port Arthur | TX | 77642 | May 21, 2016 |

Case 2:15-bk-09383-EPB   Doc 733   Filed 02/22/16   Entered 02/22/16 21:03:01   Desc
Main Document   Page 16 of 17

| | Landlord | Property Address | City | State | Zip Code | Date of Extension |
|---|---|---|---|---|---|---|
| 104 | John Capra and Doris Capra as Trustees of the Capra Trust; Michael D'Egidio and Marilyn Strond-D'Egidio as Trustees of the D'Egidio Trust; Bruno D'Egidio as Trustee of the Bruno D'Egidio Irrevocable Trust; Rosemarie D'Egidio as Trustee of the Rosemarie D'Egidio Irrevocable Trust; Carol D'Eeidio as Trustee of the Carol A. D'Eeidio Irrevocable Trust | 310 US Highway 62 W | Princeton | KY | 42445 | May 21, 2016 |
| 105 | John Scarsella | 1450 West Main Street | Quartzsite | AZ | 85346 | May 21, 2016 |
| 106 | LDR-Cactus, L.L.C. | 12110 N. 75th Ave | Peoria | AZ | 85381 | May 21, 2016 |
| 107 | Ligo Investments, LLC | 728 N. Bisbee | Wilcox | AZ | 85643 | May 21, 2016 |
| 108 | Love's Travel Stops & country Stores, Inc | 1055 N. Grand Canyon Blvd | Williams | AZ | 86046 | May 21, 2016 |
| 109 | Manny Hirschel | 707 N. 3rd Street | Bardstown | KY | 40004 | May 21, 2016 |
| 110 | Margaret and David Firestone Living Trust | 2625 Columbus St | Ottawa | IL | 61350 | May 21, 2016 |
| 111 | Miriam Shapiro, Trustee of the Mirian Shaprio Revocable Trust | 21064 E. Ocotillo | Queen Creek | AZ | 85142 | May 21, 2016 |
| 112 | Nape Acquisitions, Inc. | 3790 W. Ina Road | Marana | AZ | 85741 | May 21, 2016 |
| 113 | Nebenzahl Family Trust | 2560 Rio Mesa Trail | Cottonwood | AZ | 86320 | May 21, 2016 |
| 114 | Pamela Jane Rissling and Perry Gordan Duncan | 1850 S. Country Club | Mesa | AZ | 85210 | May 21, 2016 |
| 115 | Paul T. Herron and Paula R. Herron, Trustees of the Harron Family 2003 Trust | 842 West Morton Avenue | Jacksonville | IL | 62650 | May 21, 2016 |
| 116 | Phoenix Arena Development Limited Partnership | 201 E. Jefferson Street | Phoenix | AZ | 85004 | May 21, 2016 |
| 117 | Porwin, LLC | 3217 Clear Lake Ave | Springfield | IL | 62702 | May 21, 2016 |
| 118 | Puccinelli Equities of Springfield, LLC | 1700 Wabash Avenue | Springfield | IL | 62704 | May 21, 2016 |
| 119 | Robert P. Wilson, Trustee of the Dean Reynolds Trust | 5623 W. 1604 N. | San Antonio | TX | 78253 | May 21, 2016 |
| 120 | Robert R. Hager | 1635 N. Navajo Blvd | Holbrook | AZ | 86025 | May 21, 2016 |
| 121 | Rossmore Enterprises | 3470 W. Bell Rd. | Phoenix | AZ | 85023 | May 21, 2016 |
| 122 | Rubyco Holdings, L.L.C. | 3380 N. Hayden Road | Scottsdale | AZ | 85251 | May 21, 2016 |
| 123 | Sajur LLC | 3440 Stockton Hill Rd. | Kingman | AZ | 86401 | May 21, 2016 |
| 124 | Scott D. Patterson Property Management | 85 E. Germann Rd. | Gilbert | AZ | 85297 | May 21, 2016 |
| 125 | SJFT, LLC | 9360 W. Northern Ave | Peoria | AZ | 85345 | May 21, 2016 |
| 126 | Skyline 81 Globe Investors, LLC | 1680 E. Ash St. | Globe | AZ | 85501 | May 21, 2016 |
| 127 | Skyline 82 New Albany Investors LLC | 2601 Charlestown Rd | New Albany | IN | 47150 | May 21, 2016 |
| 128 | Star South Enterprise, LLC | 5040 W. Baseline Rd. | Laveen | AZ | 85339 | May 21, 2016 |
| 129 | Tanklage Family Partnership | 1083 S. Cotton Lane | Goodyear | AZ | 85338 | May 21, 2016 |
| 130 | Teddy Ferrera | 6706 N. 95th Ave | Glendale | AZ | 85305 | May 21, 2016 |
| 131 | The Fairfield Homes Title Holding Company, Inc. | 2343 E. Bell Rd. | Phoenix | AZ | 85022 | May 21, 2016 |
| 132 | The Gary L. Johnson and Geraldine C Johnson Trust Attn: Gary L. Johnson, Trustee | 454 North Broad Street | Carlinville | IL | 62626 | May 21, 2016 |
| 133 | Vestar California XXII, L.L.C. | 2985 S. Alma School Rd. | Chandler | AZ | 85248 | March 31, 2016 |
| 134 | Wen Lung Chow & Alice J. Yu | 600 West Jefferson St. | Springfield | IL | 62702 | May 21, 2016 |

Case 2:15-bk-09383-EPB    Doc 733    Filed 02/22/16    Entered 02/22/16 21:03:01    Desc
Main Document    Page 17 of 17