**Exhibit C**

Lease Modification Agreements

(attached)

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000

# AMENDMENT TO LEASE

This AMENDMENT TO LEASE (the "**Amendment**") is made and entered into effective as of this 11th day of May, 2016 (the "**Execution Date**"), by and between **4M Properties, LP,** a California limited partnership (the "**Landlord**"), and **Frontier Star CJ, LLC,** a Delaware limited liability company (the "**Tenant**"), with reference to the following Recitals:

## RECITALS:

A.      Landlord and Tenant, or their respective predecessors-in-interest, previously entered into that certain Lease dated as of July 12, 2005 (as amended, modified, and supplemented, the "**Lease**"), for the lease by Landlord to Tenant of the premises described therein and located at 18700 S. Nogales Hwy., Sahuarita, AZ 85629 (the "**Premises**").

B.      Tenant is one of four chapter 11 debtors in a bankruptcy case pending in the Bankruptcy Court for the District of Arizona ("**Court**") as Case No. 2:15-bk-09383-EPB (the "**Bankruptcy Case**"). P. Gregg Curry is the duly-appointed trustee ("**Trustee**") in the Bankruptcy Case.

C.      The Trustee has the authority to bind Tenant to the Amendment, subject only to entry of an Order by the Court in the Bankruptcy Case ("**Order Date**").

D.      Landlord and Tenant now desire to amend the Lease upon the terms and conditions as hereinafter set forth:

## AGREEMENT:

NOW, THEREFORE, for valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and in further consideration of the mutual covenants and conditions contained herein, the parties hereto, intending to be legally bound, agree as follows:

1.      **Recitals**. The foregoing recitals are hereby affirmed by the parties as true and correct and are incorporated herein by this reference.

2.      **Base Rent**. Notwithstanding any provisions to the contrary, beginning on the Order Date, Tenant shall pay monthly base rent ("**Base Rent**") for the Premises as set forth on **Schedule 1** attached hereto and incorporated herein by this reference. If the Order Date falls on a date other than a scheduled payment date, the Base Rent shall be prorated for such month.

3.      **Estoppel; Cure of Prior Defaults**. Landlord and Tenant acknowledge that the Lease is in full force and effect and has not been modified, supplemented or amended in any way except as set forth herein. Tenant agrees that all conditions and agreements under the Lease to be performed by Landlord have been satisfied or performed. Landlord asserts that Tenant is in arrearage in the amount of $32,254.21. Upon the assignment and assumption of the Lease, Landlord shall receive the arrearage stated above or other such other amount necessary to cure

Page 1 of 5 – LEASE AMENDMENT

the Lease as Landlord is legally entitled to, and is approved by the Court. Payment of said arrearage shall occur no later than June 30th, 2016. Notwithstanding any defect in the assignment of the Lease from MJKL Enterprises, LLC to Tenant, Landlord agrees not to enforce the anti-assignment provisions in the Lease against Tenant, and further agrees to the assignment of the Lease to Starcorp CJ, LLC in the Bankruptcy Case, subject to the conditions set forth in this Agreement, including payment of the appropriate cure amount.

4.   **No Further Amendments**. Except as specifically modified, or amended herein, all of the remaining terms and conditions of the Lease shall remain in full force and effect, unchanged and unmodified.

5.   **Financial Reports**. Upon Landlord's request, Tenant shall deliver to Landlord a report of period Gross Sales (as defined below) for the Premises. The financial statements delivered to Landlord need not be audited. If Tenant elects to prepare audited financial statements, Tenant shall deliver such audited financial statements to Landlord upon Landlord's request. The term "**Gross Sales**" shall include money received by, or paid to, Tenant in connection with the business conducted by it on the Premises, less any sales taxes or excise taxes based upon sales price collected from customers and for which Tenant is accountable to any government or governmental agency, less the amount of any actual refunds or credits made by Tenant on returnable merchandise, and less the amounts paid or payable to any firm or person for the use of any credit system or credit card service.

6.   **Remodel of Premises**. Tenant will remodel the Premises in accordance with franchise system standards and implementation schedules used by Tenant's franchisor. Landlord acknowledges that Tenant is not required to remodel any of its locations until at least November 1, 2016.

7.   **No Representations**. Landlord and Landlord's agents have made no representations, warranties or promises, express or implied, in connection with this Amendment except as expressly set forth herein.

8.   **Severability**. A determination that any provision of this Amendment is unenforceable or invalid shall not affect the enforceability or validity of any other provision hereof and any determination that the application of any provision of this Amendment to any person or circumstance is illegal or unenforceable shall not affect the enforceability or validity of such provision as it may apply to any other persons or circumstances.

9.   **Counterparts; Electronic Signatures**. For the convenience of the parties, this Amendment may be executed in one or more counterparts and each executed counterpart shall, for all purposes, be deemed an original, and shall have the same force and effect as an original but all of which in the aggregate shall constitute but one and the same instrument. Signatures delivered by the parties via facsimile, portable document format (.pdf) via electronic mail, or other electronic form shall be deemed to be original signatures.

10.  **Authority**. Each party hereby represents and warrants to the other party that this Amendment has been duly authorized, executed and delivered by and on behalf of said party and

1101718
18700 S. Nogales Hwy.
Sahuarita, AZ 85629

constitutes the legal, valid, and binding agreement of said party in accordance with the terms hereof.

       11.    **Binding Nature Of Amendment; Approval**. Subject to entry of an Order by the Court approving the assumption and assignment of the Lease as modified by this Amendment, and payment by the Trustee of appropriate amounts needed to cure any amounts due under the Lease, this Amendment will be binding on the parties and their respective successors and assigns upon execution by both parties. The Trustee will promptly seek an Order by the Court by the Court approving the assumption and assignment of the Lease as modified by this Amendment.

       12.    **Capitalized Terms**. Capitalized terms used and not otherwise defined herein shall have the same meanings ascribed to such terms as set forth in the Lease.

       13.    **Captions**. The Captions or headings herein are for convenience only and in no way define, limit or describe the scope or intent of any provision or section of this Amendment.

[signatures on next page]

1101718
18700 S. Nogales Hwy.
Sahuarita, AZ 85629

IN WITNESS WHEREOF, this Amendment is executed by the parties to be effective as of the day and year first written above.

LANDLORD:

4M PROPERTIES, LP

By: _____

Name: _____David C. Michan_____
              President

Title: _____

TENANT:

FRONTIER STAR CJ, LLC

By: _____

Name: P. Gregg Curry

Title: Trustee

1101718
18700 S. Nogales Hwy.
Sahuarita, AZ 85629

Case 2:15-bk-09383-EPB    Doc 973-3    Filed 05/21/16    Entered 05/21/16 17:27:44
Desc Exhibit C-1    Page 5 of 24

# SCHEDULE 1

### MONTHLY BASE RENT

| TERM | MONTHLY BASE RENT |
|---|---|
| Order Date - 3/31/21 | $12,481.20 |
| 4/01/21 - 3/31/26 | $13,417.20 |

1101718
18700 S. Nogales Hwy.
Sahuarita, AZ 85629

# AMENDMENT TO LEASE

This AMENDMENT TO LEASE (the "**Amendment**") is made and entered into effective as of this 11th day of May, 2016 (the "**Execution Date**"), by and between **Antionette M. Blackstock**, an individual (the "**Landlord**"), and **Frontier Star, LLC**, a Delaware limited liability company (the "**Tenant**"), with reference to the following Recitals:

## RECITALS:

A.     Landlord and Tenant, or their respective predecessors-in-interest, previously entered into that certain Lease Agreement dated as of January 15, 2014 (as amended, modified, and supplemented, the "**Lease**"), for the lease by Landlord to Tenant of the premises described therein (the "**Premises**").

B.     Tenant is one of four chapter 11 debtors in a bankruptcy case pending in the Bankruptcy Court for the District of Arizona ("**Court**") as Case No. 2:15-bk-09383-EPB (the "**Bankruptcy Case**"). P. Gregg Curry is the duly-appointed trustee ("**Trustee**") in the Bankruptcy Case.

C.     The Trustee has the authority to bind Tenant to the Amendment, subject only to entry of an Order by the Court in the Bankruptcy Case ("**Order Date**").

D.     Landlord and Tenant now desire to amend the Lease upon the terms and conditions as hereinafter set forth:

## AGREEMENT:

NOW, THEREFORE, for valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and in further consideration of the mutual covenants and conditions contained herein, the parties hereto, intending to be legally bound, agree as follows:

1.     **Recitals**. The foregoing recitals are hereby affirmed by the parties as true and correct and are incorporated herein by this reference.

2.     **Base Rent**. Notwithstanding any provisions to the contrary, beginning on the Order Date, Tenant shall pay monthly base rent ("**Base Rent**") for the Premises as set forth on **Schedule 1** attached hereto and incorporated herein by this reference. If the Order Date falls on a date other than a scheduled payment date, the Base Rent shall be prorated for such month.

3.     **No Further Amendments**. Except as specifically modified, or amended herein, all of the remaining terms and conditions of the Lease shall remain in full force and effect, unchanged and unmodified.

1506037
2590 N. Central Ave
Humboldt, TN 38343

4.      __No Representations__. Landlord and Landlord's agents have made no representations, warranties or promises, express or implied, in connection with this Amendment except as expressly set forth herein.

5.      __Severability__. A determination that any provision of this Amendment is unenforceable or invalid shall not affect the enforceability or validity of any other provision hereof and any determination that the application of any provision of this Amendment to any person or circumstance is illegal or unenforceable shall not affect the enforceability or validity of such provision as it may apply to any other persons or circumstances.

6.      __Counterparts; Electronic Signatures__. For the convenience of the parties, this Amendment may be executed in one or more counterparts and each executed counterpart shall, for all purposes, be deemed an original, and shall have the same force and effect as an original but all of which in the aggregate shall constitute but one and the same instrument. Signatures delivered by the parties via facsimile, portable document format (.pdf) via electronic mail, or other electronic form shall be deemed to be original signatures.

7.      __Authority__. Each party hereby represents and warrants to the other party that this Amendment has been duly authorized, executed and delivered by and on behalf of said party and constitutes the legal, valid, and binding agreement of said party in accordance with the terms hereof.

8.      __Binding Nature Of Amendment; Approval__. Subject only to entry of an Order by the Court approving this Amendment, this Amendment will be binding on the parties and their respective successors and assigns upon execution by both parties. The Trustee will promptly seek an Order by the Court by the Court approving this Amendment.

9.      __Capitalized Terms__. Capitalized terms used and not otherwise defined herein shall have the same meanings ascribed to such terms as set forth in the Lease.

10.     __Captions__. The Captions or headings herein are for convenience only and in no way define, limit or describe the scope or intent of any provision or section of this Amendment.

[signatures on next page]

1506037
2590 N. Central Ave
Humboldt, TN  38343

IN WITNESS WHEREOF, this Amendment is executed by the parties to be effective as of the day and year first written above.

**LANDLORD:**

_Antionette M Blackstock_
Antionette M. Blackstock, individually

**TENANT:**

FRONTIER STAR, LLC

By: _____
Name: P. Gregg Curry
Title: Trustee

Page 3 of 4  LEASE AMENDMENT

## SCHEDULE 1

### MONTHLY BASE RENT

| TERM | MONTHLY BASE RENT |
|---|---|
| 6/1/2016 – 8/31/2016 | $5,253.75 |
| Thereafter | As stated in Lease |

1506037
2590 N. Central Ave
Humboldt, TN 38343

# AMENDMENT TO LEASE

This AMENDMENT TO LEASE (the "**Amendment**") is made and entered into effective as of this 19th day of May, 2016 (the "**Execution Date**"), by and between **Bernette Hamel Trust**, (the "**Landlord**"), and **Frontier Star CJ, LLC**, a Delaware limited liability company (the "**Tenant**"), with reference to the following Recitals:

## RECITALS:

A.     Landlord and Tenant, or their respective predecessors-in-interest, previously entered into that certain Lease for the property located at 2002 N. Country Club, Mesa, AZ 85201 (as amended, modified, and supplemented, the "**Lease**"), for the lease by Landlord to Tenant of the premises described therein (the "**Premises**").

B.     Tenant is one of four chapter 11 debtors in a bankruptcy case pending in the Bankruptcy Court for the District of Arizona ("**Court**") as Case No. 2:15-bk-09383-EPB (the "**Bankruptcy Case**"). P. Gregg Curry is the duly-appointed trustee ("**Trustee**") in the Bankruptcy Case.

C.     The Trustee has the authority to bind Tenant to the Amendment, subject only to entry of an Order by the Court in the Bankruptcy Case ("**Order Date**").

D.     Landlord and Tenant now desire to amend the Lease upon the terms and conditions as hereinafter set forth:

## AGREEMENT:

NOW, THEREFORE, for valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and in further consideration of the mutual covenants and conditions contained herein, the parties hereto, intending to be legally bound, agree as follows:

1.     **Recitals**.  The foregoing recitals are hereby affirmed by the parties as true and correct and are incorporated herein by this reference.

2.     **Base Rent**.  Notwithstanding any provisions to the contrary, beginning on the Order Date, Tenant shall pay monthly base rent ("**Base Rent**") for the Premises as set forth on **Schedule 1** attached hereto and incorporated herein by this reference.  If the Order Date falls on a date other than a scheduled payment date, the Base Rent shall be prorated for such month.

3.     **Estoppel**.  Cure of Prior Defaults.  Landlord and Tenant acknowledge that the Lease and any amendments are in full force and effect and have not been modified, supplemented or amended in any way except as set forth herein.  Tenant agrees that all conditions and agreements under the Lease to be performed by Landlord have been satisfied or performed.  There are no existing defenses or offsets; except as set forth in the next sentence, Tenant is not in default in the payment of rent or any of the other obligations required of Tenant

Page 1 of 4 – LEASE AMENDMENT

under this Lease. Landlord asserts that Tenant is in arrearage. Upon the assignment and assumption of the Lease, Landlord shall receive the arrearage necessary to cure the Lease as Landlord is legally entitled to, and is approved by the Court. Landlord further agrees to the assignment of the Lease to Starcorp CJ, LLC in the Bankruptcy Case, subject to the conditions set forth in this Agreement, including payment of the appropriate cure amount.

4. **No Further Amendments**. Except as specifically modified, or amended herein, all of the remaining terms and conditions of the Lease shall remain in full force and effect, unchanged and unmodified.

5. **No Representations**. Landlord and Landlord's agents have made no representations, warranties or promises, express or implied, in connection with this Amendment except as expressly set forth herein.

6. **Severability**. A determination that any provision of this Amendment is unenforceable or invalid shall not affect the enforceability or validity of any other provision hereof and any determination that the application of any provision of this Amendment to any person or circumstance is illegal or unenforceable shall not affect the enforceability or validity of such provision as it may apply to any other persons or circumstances.

7. **Counterparts; Electronic Signatures**. For the convenience of the parties, this Amendment may be executed in one or more counterparts and each executed counterpart shall, for all purposes, be deemed an original, and shall have the same force and effect as an original but all of which in the aggregate shall constitute but one and the same instrument. Signatures delivered by the parties via facsimile, portable document format (.pdf) via electronic mail, or other electronic form shall be deemed to be original signatures.

8. **Authority**. Each party hereby represents and warrants to the other party that this Amendment has been duly authorized, executed and delivered by and on behalf of said party and constitutes the legal, valid, and binding agreement of said party in accordance with the terms hereof.

9. **Binding Nature Of Amendment; Approval**. Subject only to entry of an Order by the Court approving this Amendment, this Amendment will be binding on the parties and their respective successors and assigns upon execution by both parties. The Trustee will promptly seek an Order by the Court approving this Amendment.

10. **Capitalized Terms**. Capitalized terms used and not otherwise defined herein shall have the same meanings ascribed to such terms as set forth in the Lease.

11. **Captions**. The Captions or headings herein are for convenience only and in no way define, limit or describe the scope or intent of any provision or section of this Amendment.

[signatures on next page]

Page 2 of 4 – LEASE AMENDMENT

1101611
2002 N. Country Club
Mesa, AZ 85201

IN WITNESS WHEREOF, this Amendment is executed by the parties to be effective as of the day and year first written above.

**LANDLORD:**

Bernadette Renee Hand Trust

By: _Trustee_

Name: _Carren M. Myren_

Title: _Successor - Trustee_

**TENANT:**

FRONTIER STAR CJ, LLC

By: _____

Name: P. Gregg Curry

Title: Trustee

Page 3 of 4 – LEASE AMENDMENT

## SCHEDULE 1

### MONTHLY BASE RENT

| TERM | MONTHLY BASE RENT |
|------|-------------------|
| 6/1/2016 – 8/31/2016 | $4,500.00 |
| 9/1/2016 to end of Lease | As stated in Lease |

Page 4 of 4 – LEASE AMENDMENT

1101611
2002 N. Country Club
Mesa, AZ 85201

# AMENDMENT TO LEASE

This AMENDMENT TO LEASE (the "**Amendment**") is made and entered into effective as of this __th day of May, 2016 (the "**Execution Date**"), by and between Bonnes Frites, LLC, a Texas limited liability company (the "**Landlord**"), and **Frontier Star, LLC,** a Delaware limited liability company (the "**Tenant**"), with reference to the following Recitals:

## RECITALS:

A.      Landlord and Tenant entered into that certain Lease Agreement dated October 2, 2014 (as amended, modified and supplemented, the "**Lease**"), for the real property located at 1005 Mineral Wells Ave, Paris, TN 38242, and more particularly described therein (the "**Premises**").

B.      Tenant is one of four chapter 11 debtors in a bankruptcy case pending in the Bankruptcy Court for the District of Arizona ("**Court**") as Case No. 2:15-bk-09383-EPB (the "**Bankruptcy Case**").   P. Gregg Curry is the duly-appointed trustee ("**Trustee**") in the Bankruptcy Case.

C.      The Trustee has the authority to bind Tenant to the Amendment, subject only to entry of an Order by the Court in the Bankruptcy Case ("**Order Date**").

D.      Landlord and Tenant now desire to amend the Lease upon the terms and conditions as hereinafter set forth:

## AGREEMENT:

NOW, THEREFORE, for valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and in further consideration of the mutual covenants and conditions contained herein, the parties hereto, intending to be legally bound, agree as follows:

1.      **Recitals**.  The foregoing recitals are hereby affirmed by the parties as true and correct and are incorporated herein by this reference.

2.      **Base Rent**.  Notwithstanding any provisions to the contrary, beginning on the Order Date, Tenant shall pay monthly base rent ("**Base Rent**") for the Premises as set forth on **Schedule 1** attached hereto and incorporated herein by this reference.  If the Order Date falls on a date other than a scheduled payment date, the Base Rent shall be prorated for such month.

3.      **No Further Amendments**.  Except as specifically modified, or amended herein, all of the remaining terms and conditions of the Lease shall remain in full force and effect, unchanged and unmodified.

4.      **No Representations**.   Landlord and Landlord's agents have made no representations, warranties or promises, express or implied, in connection with this Amendment except as expressly set forth herein.

Page 1 of 4 – LEASE AMENDMENT

5.    **Severability**.    A determination that any provision of this Amendment is unenforceable or invalid shall not affect the enforceability or validity of any other provision hereof and any determination that the application of any provision of this Amendment to any person or circumstance is illegal or unenforceable shall not affect the enforceability or validity of such provision as it may apply to any other persons or circumstances.

6.    **Counterparts; Electronic Signatures**.    For the convenience of the parties, this Amendment may be executed in one or more counterparts and each executed counterpart shall, for all purposes, be deemed an original, and shall have the same force and effect as an original but all of which in the aggregate shall constitute but one and the same instrument.    Signatures delivered by the parties via facsimile, portable document format (.pdf) via electronic mail, or other electronic form shall be deemed to be original signatures.

7.    **Authority**.    Each party hereby represents and warrants to the other party that this Amendment has been duly authorized, executed and delivered by and on behalf of said party and constitutes the legal, valid, and binding agreement of said party in accordance with the terms hereof.

8.    **Binding Nature Of Amendment; Approval**.    Subject only to entry of an Order by the Court approving the assumption of the Lease as modified by this Amendment, this Amendment will be binding on the parties and their respective successors and assigns upon execution by both parties.    The Trustee will promptly seek an Order by the Court by the Court approving this Amendment.

9.    **Capitalized Terms**.    Capitalized terms used and not otherwise defined herein shall have the same meanings ascribed to such terms as set forth in the Lease.

10.    **Captions**.    The Captions or headings herein are for convenience only and in no way define, limit or describe the scope or intent of any provision or section of this Amendment.

[signatures on next page]

1506164
1005 Mineral Wells Ave
Paris, TN 38242

IN WITNESS WHEREOF, this Amendment is executed by the parties to be effective as of the day and year first written above.

LANDLORD:                                       TENANT:

BONNES FRITES, LLC                              FRONTIER STAR, LLC

By: _____                  By: _____
Name: Jason Keen                                Name: P. Gregg Curry
Title: Manager                                  Title: Trustee

1506164
1005 Mineral Wells Ave
Paris, TN 38242

 Gmail

Irlandes Calvo <irlandescalvo@gmail.com>

# #1506164 @ 1005 Mineral Wells Ave Paris TN 38242

**Clay Taylor** <clay.taylor@kellyhart.com>                 Fri, May 20, 2016 at 9:56 AM
To: Irlandes Calvo <icalvo@nsdemail.com>, "Katherine T. Hopkins" <Katherine.Hopkins@kellyhart.com>

Irlandes,

In Katherine's absence I thought I would step in.

This email is intended as our client's acceptance of the settlement based on the below terms and my signature for them as their attorney.  Please let us know if you need anything else.

**Clay Taylor**

*Partner*

## KELLY 🅚 HART

*201 MAIN STREET, SUITE 2500*

FORT WORTH, TEXAS 76102

TELEPHONE (817) 878-3566

FAX (817) 878-9766

*clay.taylor@kellyhart.com*

*www.kellyhart.com*

CONFIDENTIAL NOTICE: This electronic transmission and any documents or other writings sent with it constitute confidential information which is intended only for the named recipient and which may be legally privileged.  If you received this in error, please reply to the sender at Kelly Hart & Hallman LLP that you have received the message in error.  Then delete it.  Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication or any attachment(s) by anyone other than the named recipient is strictly prohibited.

# SCHEDULE 1

## MONTHLY BASE RENT

| TERM | MONTHLY BASE RENT |
|---|---|
| 6/1/16 – 8/31/16 | $9,542.25 |
| Thereafter | As stated in Lease |

1506164
1005 Mineral Wells Ave
Paris, TN 38242

# AMENDMENT TO LEASE

This AMENDMENT TO LEASE (the "**Amendment**") is made and entered into effective as of this 10th day of May, 2016 (the "**Execution Date**"), by and between Buechs Partnership, a California general partnership (the "**Landlord**"), and **Frontier Star CJ, LLC**, a Delaware limited liability company (the "**Tenant**"), with reference to the following Recitals:

# RECITALS:

A. Landlord and Tenant, or their respective predecessors-in-interest, previously entered into that certain Lease dated as of May 1, 2004 (as amended, modified, and supplemented, the "**Lease**"), for the lease by Landlord to Tenant of the premises described therein (the "**Premises**").

B. Tenant is one of four chapter 11 debtors in a bankruptcy case pending in the Bankruptcy Court for the District of Arizona (the "**Court**") as Case No. 2:15-bk-09383-EPB (the "**Bankruptcy Case**"). P. Gregg Curry is the duly-appointed trustee (the "**Trustee**") in the Bankruptcy Case.

C. The Trustee has the authority to bind Tenant to the Amendment, subject only to entry of an Order by the Court in the Bankruptcy Case (the "**Order Date**").

D. Landlord and Tenant now desire to amend the Lease upon the terms and conditions as hereinafter set forth:

# AGREEMENT:

NOW, THEREFORE, for valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and in further consideration of the mutual covenants and conditions contained herein, the parties hereto, intending to be legally bound, agree as follows:

1. **Recitals**. The foregoing recitals are hereby affirmed by the parties as true and correct and are incorporated herein by this reference.

2. **Base Rent**. Notwithstanding any provisions to the contrary, beginning on the Order Date, Tenant shall pay monthly base rent ("**Base Rent**") for the Premises as set forth on **Schedule 1** attached hereto and incorporated herein by this reference. If the Order Date falls on a date other than a scheduled payment date, the Base Rent shall be prorated for such month.

3. **No Further Amendments**. Except as specifically modified, or amended herein, all of the remaining terms and conditions of the Lease shall remain in full force and effect, unchanged and unmodified.

Page 1 of 3 – AMENDMENT TO LEASE

4. **No Representations**. Landlord and Landlord's agents have made no representations, warranties or promises, express or implied, in connection with this Amendment except as expressly set forth herein.

5. **Severability**. A determination that any provision of this Amendment is unenforceable or invalid shall not affect the enforceability or validity of any other provision hereof and any determination that the application of any provision of this Amendment to any person or circumstance is illegal or unenforceable shall not affect the enforceability or validity of such provision as it may apply to any other persons or circumstances.

6. **Counterparts; Electronic Signatures**. For the convenience of the parties, this Amendment may be executed in one or more counterparts and each executed counterpart shall, for all purposes, be deemed an original, and shall have the same force and effect as an original but all of which in the aggregate shall constitute but one and the same instrument. Signatures delivered by the parties via facsimile, portable document format (.pdf) via electronic mail, or other electronic form shall be deemed to be original signatures.

7. **Authority**. Each party hereby represents and warrants to the other party that this Amendment has been duly authorized, executed and delivered by and on behalf of said party and constitutes the legal, valid, and binding agreement of said party in accordance with the terms hereof.

8. **Binding Nature Of Amendment; Approval**. Subject only to entry of an Order by the Court approving this Amendment, this Amendment will be binding on the parties and their respective successors and assigns upon execution by both parties. The Trustee will promptly seek an Order by the Court by the Court approving this Amendment.

9. **Capitalized Terms**. Capitalized terms used and not otherwise defined herein shall have the same meanings ascribed to such terms as set forth in the Lease.

10. **Captions**. The Captions or headings herein are for convenience only and in no way define, limit or describe the scope or intent of any provision or section of this Amendment.

[signatures on next page]

Page 2 of 3 – AMENDMENT TO LEASE

6 B 2014

IN WITNESS WHEREOF, this Amendment is executed by the parties to be effective as of the day and year first written above.

**LANDLORD:**

**TENANT:**

BUECHS PARTNERSHIP

FRONTIER STAR CJ, LLC

By:_____

By:_____

Name: _Gordon Buechs_____

Name:  P. Gregg Curry

Title: _Partner_____

Title:  Trustee

Page 3 of 3 – AMENDMENT TO LEASE

GB 30°C

IN WITNESS WHEREOF, this Amendment is executed by the parties to be effective as of the day and year first written above.

**LANDLORD:**

BUECHS PARTNERSHIP

By: _____

Name: _Gordon Buechs_

Title: _Partner_

**TENANT:**

FRONTIER STAR CJ, LLC

By: _____

Name: P. Gregg Curry

Title: Trustee

# SCHEDULE 1

## MONTHLY BASE RENT

| TERM | MONTHLY BASE RENT |
|---|---|
| Order Date – April, 30, 2019 | $13,816.98 |
| May 1, 2019 - April 30, 2024 | $14,968.40 |

INITIALS: _____  _____

AMENDMENT TO LEASE: SCHEDULE 1

6A 4of4