Robert J. Miller, Esq. (#013334)
Bryce A. Suzuki, Esq. (#022721)
Justin A. Sabin, Esq. (#026359)
**BRYAN CAVE LLP**
Two N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
Email: rjmiller@bryancave.com
bryce.suzuki@bryancave.com
justin.sabin@bryancave.com

Counsel for the Liquidating Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>FRONTIER STAR, LLC, ☐<br>FRONTIER STAR CJ, LLC, ☐<br>FRONTIER STAR 1, LLC, ☐<br>MIH ADMIN SERVICES, LLC, ☐<br><br>Debtors. | Chapter 11<br><br>Case No. 2:15-bk-09383-EPB<br><br>Jointly Administered with:<br>2:15-bk-09385-EPB<br>2:15-bk-14679-EPB<br>2:15-bk-14682-EPB |
| This filing applies to:<br><br>■ All Debtors<br>☐ Specified Debtors | **NOTICE OF ERRATA TO LIQUIDATING TRUSTEE'S FIRST OMNIBUS OBJECTION TO GENERAL UNSECURED CLAIMS**<br><br>Hearing Date: TBD<br>Hearing Time: TBD |

P. Gregg Curry, as Liquidating Trustee of the Frontier Liquidating Trust (the "Trustee"), hereby submits errata to the *Liquidating Trustee's First Omnibus Objection to General Unsecured Claims* [DE #1539] filed on September 19, 2017 (the "First Omnibus Objection").[1] Exhibit A to the First Omnibus Objection sets forth the Trustee's objections to various Disputed Claims. On page A-26 of Exhibit A to the First Omnibus Objection, creditor Vestar California

---

[1] Capitalized terms not defined herein shall have the meanings set forth in the First Omnibus Objection.

XXII, L.L.C. is mistakenly referred to as Vestar Arizona XXII, L.L.C. Accordingly, the Trustee hereby corrects this error by substituting the following to replace the information set forth on page A-26 of Exhibit A to the First Omnibus Objection:

| **CREDITOR NAME** | | | |
|---|---|---|---|
| **VESTAR CALIFORNIA XXII, L.L.C.** | | | |
| **Claim No.** | **Case No.** | | **Claim Amount** |
| 78-1 | 15-bk-09385 (Frontier Star CJ, LLC) | | $214,937.62 |
| **Objections to Claim** | | | **Disputed Amounts** |
| **Specific Objections: Books and Records Objection (Section III.A.1.); Unsupported Claim Objection (Section III.A.2.); Non-Debtor Obligation Objection (Section III.A.10.)** | | | $214,937.62 |
| The claim is based on a lease between the creditor, as landlord, and MJKL Enterprises, LLC, as tenant. None of the Debtors is a party to the lease upon which this claim is based. Accordingly, the Trustee asserts a Non-Debtor Obligation Objection. Furthermore, the Debtors' business records do not support any claim against any of the Debtors for any obligations arising under the lease on which this claim is based, and the claim provides no information or documentation establishing that any Debtor is a party to the relevant lease or is otherwise obligated for any amounts owing thereunder. Accordingly, the Trustee asserts a Books and Records Objection and an Unsupported Claim Objection. Based on these objections, the claim should be disallowed in its entirety. | | | |
| **NOTICE IS HEREBY GIVEN** that, to the extent the creditor should establish or should the Court find that one or more of the Debtors is a party to the lease or is otherwise obligated for any amounts thereunder, the Trustee reserves its right to raise any and all applicable objections he may have to the amounts sought by the creditor under the lease. | | | |
| **PROPOSED ALLOWED CLAIM AMOUNT (Claim Amount – Disputed Amounts)** | | | **$0.00 (disallow in full)** |

The only change made pursuant to this correction is to fix the creditor's name by replacing Vestar Arizona XXII, L.L.C. with Vestar California XXII, L.L.C.

RESPECTFULLY SUBMITTED this 20th day of September, 2017.

**BRYAN CAVE LLP**

By /s/ JAS, #026359
Robert J. Miller
Bryce A. Suzuki
Justin A. Sabin
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Counsel for the Liquidating Trustee

Bryan Cave LLP
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
(602) 364-7000