KOHNER, MANN & KAILAS, S.C.
Devon E. Daughety, WI SBN 1106551
ddaughety@kmksc.com
4650 N. Port Washington Road
Milwaukee, WI 53212
Telephone: 414-962-5110
Facsimile: 414-962-8725

Attorneys for Ecolab Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

In re:

FRONTIER STAR, LLC, ■

FRONTIER STAR CJ, LLC, ■
FRONTIER STAR 1, LLC, ☐
MIH ADMIN SERVICES, LLC, ☐

Debtors.

This filing applies to:

☐ All Debtors
■ Specified Debtors

Chapter 11

Case No. 2:15-bk-09383-EPB

Jointly Administered with:
2:15-bk-09385-EPB
2:15-bk-14679-EPB
2:15-bk-14682-EPB

**NOTICE OF CLAIM WITHDRAWAL**

**PLEASE TAKE NOTICE** that Ecolab Inc. ("Ecolab") hereby withdraws in its entirety its Proof of Claim Number 211 filed in Case No. 15-09383, asserting a general unsecured claim against the Debtor in the amount of $14,965.19.

**PLEASE TAKE FURTHER NOTICE** that Ecolab hereby withdraws in its entirety its Proof of Claim Number 84 filed in Case No. 15-09385, asserting a general unsecured claim against the Debtor in the amount of $4,728.65.

**PLEASE TAKE FURTHER NOTICE** that neither Ecolab nor its affiliated entities withdraws any other claim against the Debtors and such claims are expressly preserved.

Dated: July 25, 2018               ECOLAB INC.

                                   By:   /s/ Devon E. Daughety
                                         Devon E. Daughety, Esq.
                                   Authorized Attorney
                                   Kohner, Mann & Kailas, S.C.
                                   4650 North Port Washington Rd.
                                   Milwaukee, WI 53212-1059